UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3964-GW-Ex | Date | January 26, 2023 |
|---|---|---|---|
| Title | Gold Value International Textile, Inc. v. Win Win Products, Inc., et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 25, 2023, Plaintiff Gold Value International Textile, Inc. filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for February 27, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on February 24, 2023.

                                                                                                    :
                                                   Initials of Preparer    JG